# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0058.   MAB MONROE, LLC; MAB MONROE 2, LLC; MAB AMERICAN DEVELOPMENT PARTNERS, LLC; and MAB AMERICAN MANAGEMENT, LLC v. MAYFIELD SELF STORAGE, LLC.**

MAB Monroe, LLC; MAB Monroe 2, LLC; MAB American Development Partners, LLC; and MAB American Management, LLC (collectively "Applicants") seek emergency relief from this Court in the form of a supersedeas and stay of an injunction issued by the Superior Court of Fulton County on March 28, 2024. Although Applicants raise several arguments concerning the propriety of the trial court's injunction order, we do not believe that emergency relief at this time is "necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Court of Appeals Rule 40 (b). Accordingly, the Applicants' motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/09/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.